In the Matter of Proving the Last Will and Testament of PATRICK J. RYAN, Deceased. JAMES RYAN, as Executor, etc., Appellant; THOMAS F. RYAN, Contestant, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ. Settle order on notice.